UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____          _____

UNITED STATES OF AMERICA                 **APPEARANCE**

                -v-

                                                       Case No.:  22 Cr. 150 (JPC)

JADAKIS MITCHELL

                Defendant

_____


To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for


    JADAKIS MITCHELL


I certify that I am admitted to practice in this court.


Date: March 16, 2022                          *Natali Todd*
                                                  Signature
                                                  Natali Todd            NT2002
                                                  Name                        Bar #
                                                  26 Court Street, Suite 413
                                                  Address
                                                  Brooklyn, New York 11242
                                                  City and State
                                                  718-797-3055          718-504-3900
                                                  Telephone Number        Fax Number
                                                  natali_todd@yahoo.com