# LAW OFFICES OF
# NATALI J.H. TODD, P.C.

**NATALI J.H. TODD**  
**MEMBER: NY & MA BAR**

26 COURT STREET  
SUITE 413  
BROOKLYN, NY 11242-1134

Tel: 718-797-3055  
Fax: 718-504-3900  
E-mail: natali_todd@yahoo.com  
www.natalitoddlawyer.com

June 14, 2022

*In light of counsel's representation that Defendant Jadakis Mitchell does not have the means to appear at the June 15, 2022 status conference in-person or remotely, Mr. Mitchell's request is granted. Mr. Mitchell is excused from appearing at the June 15, 2022 status conference.*

Honorable John P. Cronan  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

*SO ORDERED.*

*Date:   June 14, 2022*  
*New York, New York*

_____  
JOHN P. CRONAN  
United States District Judge

Re:   U.S. v. Jadakis Mitchell, et al. 22 Cr. 150 (JPC)

Dear Judge Cronan:

  I represent Jadakis Mitchell pursuant to the Criminal Justice Act. I write on behalf of Mr. Mitchell to respectfully request that the Court excuse his in-person or video/telephone appearance at the upcoming conference scheduled for June 15, 2022. Mr. Mitchell is one of five defendants indicted on March 8, 2022. He was previously arraigned on the indictment and released on bail with conditions including a $35,000 personal recognizance bond, home detention with location monitoring and residence in the state of Pennsylvania. It is my understanding that he has been in compliance with his release conditions to date.

  Since Mr. Mitchell's release on bail, he has had difficulty obtaining employment because he does not have a state identification card, and although he has done all that the Department of Social Security has asked him to do in submitting proof of his identity, the documents provided to the Social Security Administration are inadequate. Accordingly, Mr. Mitchell is without the funds/means to travel to New York tomorrow because he is not employed. In addition, he does not have a cell phone and uses his dad's phone. Although there is a phone that connects to Wifi, the service is spotty and the phone does not always work (the phone is not otherwise connected to a cellular service provider).

  I have conferred with Mr. Mitchell and he consents to the waiver of his appearance and the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), in the interests of justice. I have also conferred with government counsel and the government has no objection to counsel's request to excuse Mr. Mitchell's appearance.

**LAW OFFICES OF**
**NATALI J.H. TODD, P.C.**

---

*U.S. v. Jadakis Mitchell, 22 Cr. 150 (JPC)*

      Accordingly, counsel respectfully requests that the Court excuse Mr. Mitchell's presence at the upcoming status conference.  Thank you for your consideration to this request.

Respectfully,
*N. Todd*
Natali Todd, Esq.

cc: All counsel (by ECF)