UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                         :

UNITED STATES OF AMERICA,                 :

      -v-                                                    :

MANUEL PERALTA,
    a/k/a "Twin,"
DANIEL PERALTA,                              :          22 Cr. 150 (JPC)
    a/k/a "Twin 2,"
JADAKIS MITCHELL,                      :              ORDER
    a/k/a "Jay,"
EDWIN ACEVEDO,
    a/k/a "June," and
ANDRE DELACRUZ,
    a/k/a "Fat Boy,"

                             Defendants.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Government and Defendant Jadakis Mitchell are hereby ORDERED to appear in-person for a Bail Review Hearing on July 7, 2022, at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: June 29, 2022
      New York, New York

                                                        JOHN P. CRONAN
                                            United States District Judge