LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

NATALI J.H. TODD
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: *natali_todd@yahoo.com*
www.natalitoddlawyer.com

November 22, 2022

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   U.S. v. Jadakis Mitchell, et al. 22 Cr. 150 (JPC)

Dear Judge Cronan:

I represent Jadakis Mitchell pursuant to the Criminal Justice Act. I write on behalf of Mr. Mitchell to respectfully request a modification of his bail conditions to permit Mr. Mitchell to reside in the Middle District of Pennsylvania. The government and pretrial consent to this limited request. All other bail conditions will remain in place.

On November 21, 2022, the pretrial officer in the Eastern District of Pennsylvania notified the parties that Mr. Mitchell and his family had been evicted from their current residence and had to move to Pottsville, PA with Mr. Mitchell's older brother to avoid being homeless. I have confirmed this information with Mr. Mitchell's father. Because Pottsville is in a different district, courtesy supervision from the Middle District of Pennsylvania is required. Accordingly, counsel is respectfully asking the Court to modify Mr. Mitchell's travel restrictions to permit him to reside in Pottsville, Pennsylvania. The Southern District Pretrial Service officer has been provided with the address and contact information for Mr. Mitchell's brother.

Thank you for your consideration to this request.

Respectfully,
*N. Todd*
Natali Todd, Esq.

cc: All counsel (by ECF)

The request is granted. Defendant may travel to and reside in Pottsville, Pennsylvania.

SO ORDERED.

November 22, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge