UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
United States of America                  :
                                          :    22 ___ CR 150 ___ (JPC )
                                          :
            -against-                     :              ORDER
                                          :
                                          :
Jadakis Mitchell                          :
                                          :
               Defendant                  :
----------------------------------------x


ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated:   New York, New York
         January 19, 2023