**LAW OFFICES OF**
**NATALI J.H. TODD, P.C.**

---

**NATALI J.H. TODD**                                                                 **26 COURT STREET**
**MEMBER: NY & MA BAR**                                                                       **SUITE 413**
                                                                          **BROOKLYN, NY 11242-1134**

                                                                          Tel: 718-797-3055
                                                                          Fax: 718-504-3900
                                                                          E-mail: *natali_todd@yahoo.com*
                                                                          www.natalitoddlawyer.com

April 5, 2023

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:*     U.S. v. Jadakis Mitchell, et al. 22 Cr. 150 (JPC)

Dear Judge Cronan:

  I represent Jadakis Mitchell pursuant to the Criminal Justice Act. The Court has scheduled Mr. Mitchell's sentence date for April 18, 2023 and pursuant to the Court's rules, counsel's sentencing submission is due two weeks in advance of the sentence date. However, as of this writing, counsel has not received the final pre-sentence report which will inform some of the arguments that counsel will make at the sentence hearing after reviewing with Mr. Mitchell. It is my understanding that the final disclosure of the pre-sentence report by probation will occur on or before April 12th.

  Accordingly, I respectfully request an adjournment of the sentence date so that I can have the opportunity to review the final pre-sentence report with my client and comply with the Court's rules. Both parties are available during the first week of May, except for May 5th or in the alternative, during the week of May 8th. The government consents to the requested adjournment and counsel agrees to the exclusion of time under the Speedy Trial Act.

  Thank you for your consideration to this request.

Respectfully,
*N. Todd*
Natali Todd, Esq.

cc: All counsel (by ECF)

The request is granted. Defendant Mitchell's sentencing hearing is adjourned to May 30, 2023, at 12:00 p.m.

SO ORDERED.

April 5, 2023
New York, New York

                    JOHN P. CRONAN
                    United States District Judge